# Lemery Greisler LLC
Attorneys at Law

Paul A. Levine, Member

plevine@lemerygreisler.com
(518) 433-8800 ext. 313

July 14, 2010

**FILED**

JUL 1 5 2010

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Clerk
U.S. Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street, Room 230
Utica, New York 12501

    Re:    Pelkey, Betty J.
            Case No. 08-62819/Chapter 7

Dear Sir or Madam:

I am the Chapter 7 Bankruptcy Trustee in this case.

In accordance with the U.S. Bankruptcy Court's Final Order of Distribution, enclosed please find my Trustee checks representing pro rata distribution to the following creditors:

| Claim No. | Creditor | Check No. | Amount |
|---|---|---|---|
| 4 | Central Service Bureau, Inc.<br>P.O. Box 549<br>Massena, NY 13662-0549 | 106 | $1.44 |
| 5 | Central Service Bureau, Inc.<br>P.O. Box 549<br>Massena, NY 13662-0549 | 107 | $1.22 |
| 7 | Central Service Bureau, Inc.<br>P.O. Box 549<br>Massena, NY 13662-0549 | 109 | $1.39 |

Thank you for your attention.

Very truly yours,

LEMERY GREISLER LLC

Paul A. Levine

PAL:ph
Enclosures

Rec'd 7-15-10 DB
Rec'd 7-15-10 DB
Rec'd 7-15-10 DB

Receipt # 41000380

50 Beaver Street, Albany, NY 12207  Tel: (518) 433-8800  Fax: (518) 433-8823
60 Railroad Place, Saratoga Springs, NY 12866  Tel: (518) 581-8800  Fax: (518) 581-8823 • www.lemerygreisler.com